**Order filed June 23, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00029-CV
_____

**ERIC BRANDON ROSENBERG, Appellant**

**V.**

**SUSAN EVELYN ENGELKING, Appellee**

**On Appeal from the 201st District Court
Travis County, Texas
Trial Court Cause No. D-1-FM-11-000804**

## O R D E R

Appellant's brief was due May 27, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **July 8, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM